

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00358-CR

Wesley Byron **BIERHALTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2010-CR-B
Honorable William Old, Judge Presiding

# O R D E R

The reporter's record was originally due August 30, 2019. Court reporter Patricia Wagner was previously granted two extensions, so that the reporter's record was due November 13, 2019. She now requests another extension to December 14, 2019. Her request is GRANTED. We ORDER Patricia Wagner to file the reporter's record on or before December 14, 2019. NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court